UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



WILLIE FOLEY (#98765)

VERSUS

LT. COL. CLYDE SPAIN, ET AL

CIVIL ACTION

NO. 07-854-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dolcia L. Dalby dated March 10, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for partial summary judgment is granted dismissing all of the plaintiff's claims except for the claim that on March 8, 2007, the plaintiff was sprayed with mace and was beaten in violation of his Eighth Amendment rights.

Baton Rouge, Louisiana, April *15*, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA