UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY (#98765)

VERSUS

LT. COL. CLYDE SPAIN, ET AL

CIVIL ACTION

NO. 07-854-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 16, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss is granted dismissing the plaintiff's claims against the defendants in their official capacity and this matter is referred back to the magistrate judge for further proceedings on the plaintiff's excessive force claim.

Baton Rouge, Louisiana, May  16 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA