UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                                  CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                                 NUMBER 07-854-RET-DLD

ORDER

This matter is before the court on the plaintiff's Motion to Dismiss the Defendants' Motion for Summary Judgment.  Record document number 37.

Plaintiff filed a Motion to Dismiss pursuant to Rule 41(b), Fed.R.Civ.P.  Plaintiff sought an order dismissing the defendants' motion for summary judgment.  Plaintiff argued that the motion is unfair and premature because the plaintiff has sought leave of court to propound additional discovery.

A review of the record showed that the plaintiff filed a 34 page opposition to the defendants' motion for summary judgment.[1]

IT IS ORDERED that the plaintiff's Motion to Dismiss the Defendants' Motion for Summary Judgment is denied.

Signed in Baton Rouge, Louisiana, on July 8, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 36.