UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                               CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                              NUMBER 07-854-RET-DLD

ORDER

This matter is before the court on the plaintiff's Motion to be Allow for 51 Questions of Interrogatory and now Admission of Fact.  Record document number 32.

Plaintiff sought leave of court to propound an additional 51 interrogatories.  On May 15, 2008, the plaintiff's motion to propound 15 interrogatories was granted.[1]  Defendants responded to the discovery on June 9, 2008.[2]

A review of the proposed discovery showed that all relevant interrogatories were previously addressed in the prior discovery request.  The remainder of the plaintiff's proposed interrogatories are either irrelevant to the plaintiff's excessive force claim or relate to claims that were previously dismissed.  Therefore;

IT IS ORDERED that the plaintiff's Motion to be Allow for 51 Questions of Interrogatory and now Admission of Fact is denied.

Signed in Baton Rouge, Louisiana, on July 8, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 25.

[2] Record document number 27.