UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                          CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                      NUMBER 07-854-RET-DLD

ORDER

This matter is before the court on the plaintiff's Motion for Admission.  Record document number 33.

Plaintiff sought leave of court to propound 51 admissions.  Plaintiff did not attach a copy of the proposed request for admissions.

IT IS ORDERED that the plaintiff's Motion for Admissions is denied without prejudice to the plaintiff re-urging his motion.  Plaintiff shall submit a copy of the proposed discovery with the motion for leave of court .

Signed in Baton Rouge, Louisiana, on July 8, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**