UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                                                CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                                        NUMBER 07-854-RET-DLD

ORDER

This matter is before the court on the plaintiff's Motion to be Allow to get 6 Production of Documents.  Record document number 34.  The motion will be treated as a motion for leave to serve the defendants with a request for the production of documents.

Although the plaintiff sought leave of court to propound a request for the production of six documents, the proposed Request for Production of Documents attached to the motion contained only four document requests.  Specifically, the plaintiff sought the production of disciplinary reports issued March 4, 2007 and March 8, 2007, a copy of a medical report dated March 11, 2007, copies of the black box and spit mask lists for March 4, 2007 through the present, and a copy of the March 8, 2007 tier roster.

IT IS ORDERED that the plaintiff's Motion to be Allow to get 6 Production of  Documents is granted.  Defendants shall serve answers or objections to the discovery requests within the time allowed by the Federal Rules of Civil Procedure, calculated from today.

Signed in Baton Rouge, Louisiana, on July 9, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**