UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                                  CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                              NUMBER 07-854-RET-DLD

RULING ON MOTION TO COMPEL

Before the court is the plaintiff's Motion to Compel.  Record document number 31.

Plaintiff sought to compel responses to interrogatories.  Defendants responded to the plaintiff's interrogatories and objected to interrogatory numbers 5, 7, 8, 9, 10, 11, and 13.

Defendants objected to interrogatory numbers 5, 9, 10 and  11 on the grounds that the questions are vague and the defendants are unable to answer the questions with any meaningful response.

Defendants' objections to interrogatory numbers 5, 9, 10 and 11 are well-founded. Plaintiff's motion to compel a response to interrogatory numbers 5, 9, 10 and 11 is denied.

Defendants objected to interrogatory numbers 7 and 8 on the grounds that the information sought is irrelevant because the plaintiff's claim that force was used before mental health personnel were contacted was previously dismissed.

The information sought in interrogatory numbers 7 and 8 regarding the mental health policy is relevant and may lead to the discovery of admissible evidence.  Plaintiff's motion to compel a response to interrogatory numbers 7 and 8 is granted.

Finally, the plaintiff sought to compel a response to interrogatory number 13. Plaintiff sought "the full name of all the persons of Sgt. Holt, Nurse Jenkins and the doctor and a copy of their medical report."  Defendants objected on the grounds that the interrogatory is vague and that they do not have the requested information.

Defendants' objection to interrogatory number 13 is well-founded.  Plaintiff's motion to

compel a response to interrogatory number 13 is denied.

Accordingly, the plaintiff's motion to compel is granted in part, and denied in part. Defendants shall within 20 days from the date of this order file responses to interrogatory numbers 7 and 8. In all other respects, the plaintiff's motion to compel is denied.

Signed in Baton Rouge, Louisiana, on July 9, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**