UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE FOLEY  (#98765)

VERSUS                                                                                    CIVIL ACTION

LT. COL. CLYDE SPAIN, ET AL                                             NUMBER 07-854-RET-DLD

RULING ON MOTION TO COMPEL

Before the court is the plaintiff's Motion to Compel.  Record document numbers 48 and 50.

On July 9, 2008, the court granted the plaintiff's motion for leave of court to propound a request for the production of disciplinary reports issued March 4, 2007 and March 8, 2007, a copy of a medical report dated March 11, 2007, copies of the black box and spit mask lists for March 4, 2007 through the present, and a copy of the March 8, 2007 tier roster.[1]

Defendants responded to the plaintiff's discovery by producing copies of the Warden's Unusual Occurrence Report and the Administrative Segregation Daily Shower/Activity Log. Defendants further responded that the medical record for March 11, 2007 was previously produced. Defendants objected to the production of the spit mask and black box lists.

Plaintiff sought to compel the production of these and other documents not identified in the July 9 order.

A review of the record showed that the defendants previously produced a medical record dated March 10, 2007 which was supplemented by medical personnel on March 11 and March 12. Defendants also produced the Warden's Unusual Occurrence Report and the Shower Log.  These discovery responses are adequate.

Defendants objected to the production of the black box and spit mask lists on the grounds that the information sought unduly burdensome and not calculated to lead to the discovery of

---

[1] Record document number 45.

admissible evidence.

Defendants' objection is well-founded. Plaintiff's motion to compel the production of the spit mask and black box lists is denied.

Insofar as the plaintiff sought to compel discovery not previously permitted in the July 9 order, the motion is denied. Insofar as the plaintiff sought leave of court to propound additional requests for the production of documents, the motion is denied.

Signed in Baton Rouge, Louisiana, on September 17, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**