UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE FOLEY  (#98765) | |
| VERSUS | CIVIL ACTION |
| LT. COL. CLYDE SPAIN, ET AL | NUMBER 07-854-RET-DLD |

### RULING ON MOTION TO STAY DISCOVERY

Before the court is the defendants' Motion to Stay Discovery.  Record document number 53.

Defendants sought an order staying discovery pending disposition of the defendants' motion for summary judgment.  A review of the record showed that discovery was closed on September 17, 2008.[1]

Accordingly, the defendants' motion to stay discovery is denied as moot.

Signed in Baton Rouge, Louisiana, on September 25, 2008.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 54.