UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



WILLIE FOLEY (#98765)

VERSUS

LT. COL. CLYDE SPAIN, ET AL

CIVIL ACTION

NO. 07-854-C

## *RULING*

In this appeal, plaintiff seeks review of the magistrate judge's ruling of September 17, 2008 (rec.doc. 55).

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated September 17, 2008 is hereby AFFIRMED.

Baton Rouge, Louisiana, December 30, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA